NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-615

STATE OF LOUISIANA

VERSUS

STEVEN R. PEELER, JR.

**********
APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR-291-04
HONORABLE STUART S. KAY, JR., PRESIDING
**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Sylvia R. Cooks, Michael G. Sullivan and James T. Genovese, Judges.

**SENTENCE AFFIRMED; REMANDED WITH INSTRUCTIONS.**

Honorable David W. Burton
District Attorney
Beauregard Parish
P.O. Box 99
DeRidder, LA 70634
COUNSEL FOR APPELLEE:
        State of Louisiana

Gwendolyn K. Brown
P.O. Box 64962
Baton Rouge, LA 70896-4962
COUNSEL FOR DEFENDANT-APPELLANT:
        Steven R. Peeler, Jr.